1  Abran E. Vigil
   Nevada Bar No. 7548
2  Maria A. Gall
   Nevada Bar No. 14220
3  Joseph Sakai
   Nevada Bar No. 13578
4  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
5  Las Vegas, Nevada 89106
   Telephone: (702) 471-7000
6  Facsimile: (702) 471-7070
   E-mail: vigila@ballardspahr.com
7  E-mail: gallm@ballardspahr.com
   E-mail: sakaij@ballardspahr.com
8
   *Attorneys for Plaintiffs JPMorgan*
9  *Chase Bank, N.A. and Federal*
   *National Mortgage Association*
10

11                    UNITED STATES DISTRICT COURT

12                          DISTRICT OF NEVADA

13  JPMORGAN CHASE BANK, N.A.;          CASE NO. 2:16-cv-2282-RFB-CWH
    FEDERAL NATIONAL MORTGAGE
14  ASSOCIATION,                        **STIPULATION AND ORDER TO
                                        EXTEND BRIEFING SCHEDULE ON
15                    Plaintiffs,       DEFENDANT PECCOLE RANCH
                                        COMMUNITY ASSOCIATION'S
16  v.                                  MOTION TO DISMISS**

17  LVBP, INC., a Nevada corporation,   **(First Request)** [1]
    LVBP PROPERTIES, LLC, a Nevada
18  Limited Liability Company, PECCOLE
    RANCH COMMUNITY ASSOCIATION,
19  a Nevada non-profit corporation,

20                    Defendants.

21

22        [1] This Stipulation and Order is the First Request to extend the briefing
23  schedule on Defendant Peccole Ranch Community Association's "Motion to Dismiss
    Or In The Alternative, For Summary Judgment" (the "Motion") that is currently
24  pending before the Court.  Defendant Peccole Ranch Community Association had
    filed an earlier motion to dismiss the first complaint filed in this matter.  *See* ECF
25  No. 6.  The Court entered an order extending the briefing schedule on that earlier-
    filed motion.  *See* ECF No. 10 & 12.  Plaintiff JPMorgan Chase Bank, N.A. then filed
26  its Amended Complaint.  *See* ECF No. 13.  As a result of the Amended Complaint,
    Peccole Ranch filed the Motion that is now the subject of this instant Stipulation and
27  Order, and the Parties thereby request for the first time that the Court extend the
    briefing scheduled on the current Motion.

28

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #15221033 v2

On November 28, 2016, Defendant Peccole Ranch Community Association ("Peccole Ranch") filed a "Motion to Dismiss Or In the Alternative, For Summary Judgment" (the "Motion") (ECF No. 16). Plaintiffs JPMorgan Chase Bank, N.A. ("Chase") and Federal National Mortgage Association ("Fannie Mae," and together with Peccole Ranch and Chase, the "Parties") must currently file their response to the Motion (the "Response") on or before December 22, 2016. Peccole Ranch must currently file its reply in support of the Motion (the "Reply") at least 14 days after Chase and Fannie Mae file their Response.

The Parties hereby stipulate and agree to the below extended briefing schedule for the Motion:

1.      Chase and Fannie Mae shall have up to and including January 5, 2017 to file a Response to the Motion.

2.      Peccole Ranch shall have up to and including February 1, 2017 to file a Reply in support of the Motion.

This request is made in good faith and not for the purpose of delay.


Dated: December 15, 2016

BALLARD SPAHR LLP

By:  /s/ Maria Gall
     Abran E. Vigil
     Nevada Bar No. 7548
     Maria A. Gall
     Nevada Bar No. 14220
     Joseph P. Sakai
     Nevada Bar No. 13578
     100 North City Parkway, Suite 1750
     Las Vegas, Nevada 89106

*Attorneys for Plaintiffs JPMorgan Chase Bank, N.A., and Federal National Mortgage Association*

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By:  /s/ Peter Dunkley
     Kaleb D. Anderson
     Nevada Bar No. 7582
     Peter E. Dunkley
     Nevada Bar No. 11110
     9900 Covington Cross Drive, Suite 120
     Las Vegas, Nevada 89144

*Attorneys for Defendant Peccole Ranch Community Association*

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

2

DMWEST #15221033 v2

## ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 1/2/17

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DMWEST #15221033 v2