Abran E. Vigil
Nevada Bar No. 7548
Maria A. Gall
Nevada Bar No. 14220
Joseph Sakai
Nevada Bar No. 13578
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: vigila@ballardspahr.com
E-mail: gallm@ballardspahr.com
E-mail: sakaij@ballardspahr.com

*Attorneys for Plaintiffs JPMorgan Chase Bank, N.A. and Federal National Mortgage Association*

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JPMORGAN CHASE BANK, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiffs,

v.

LVBP, INC., a Nevada corporation, LVBP PROPERTIES, LLC, a Nevada Limited Liability Company, PECCOLE RANCH COMMUNITY ASSOCIATION, a Nevada non-profit corporation,

Defendants.

CASE NO. 2:16-cv-2282-RFB-CWH

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT PECCOLE RANCH COMMUNITY ASSOCIATION'S MOTION TO DISMISS**

**(Second Request)**

Plaintiffs JPMorgan Chase Bank, N.A. ("Chase") and Federal National Mortgage Association ("Fannie Mae"), by and through its counsel of record, Ballard Spahr LLP, and Defendant Peccole Ranch Community Association ("Peccole Ranch", and together with Plaintiffs, the "Parties"), by and through its counsel of record, Lipson, Neilson, Cole, Seltzer, & Garin, P.C., hereby stipulate and agree as follows:

On November 28, 2016, Peccole Ranch filed a "Motion to Dismiss Or In the Alternative, For Summary Judgment" (the "Motion"). [ECF No. 16]

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

Plaintiffs response to the Motion (the "Response") was due filed on or before December 22, 2016.

On December 15, 2016, the Parties submitted their first Stipulation and Order to Extend Briefing Schedule. [ECF No. 26]

As of the date of this second Stipulation, the Court had not issued an Order on the first Stipulation.

To accommodate Plaintiffs' counsel and for the convenience of the Parties, the Parties stipulate that Plaintiffs' Response to the Motion shall be filed no later than January 19, 2017.

Peccole Ranch shall have up to and including February 15, 2017 to file a Reply in support of the Motion.

This request is made in good faith and not for the purpose of delay.

Dated: January 3, 2017

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
Joseph P. Sakai
Nevada Bar No. 13578
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Plaintiffs JPMorgan Chase Bank, N.A., and Federal National Mortgage Association*

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Peter Dunkley
Kaleb D. Anderson
Nevada Bar No. 7582
Peter E. Dunkley
Nevada Bar No. 11110
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant Peccole Ranch Community Association*

**ORDER**

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
United States District Judge

DATED this 4th day of January, 2017.